273 S.E.2d 442 (1980)
Thomas J. HAWTHORNE, and wife Charlotte M. Hawthorne, Jerome Milton, and wife Mary Sue Mock Milton, C. Carl Warren, Jr., and wife Josephine L. Warren
v.
REALTY SYNDICATE, INC., Marsh Realty Company, and Marsh Foundation, Inc.
Supreme Court of North Carolina.
September 16, 1980.
Ruff, Bond, Cobb, Wade & McNair, Charlotte, for plaintiffs.
Helms, Mulliss & Johnston, Charlotte, for defendants.
Defendants' petition to rehear. 43 N.C. App. 436, 259 S.E.2d 591. Denied.